UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Karen Brennan, a single woman,<br><br>   Plaintiff,<br><br>vs.<br><br>Banner Medical Group, an Arizona Corporation; Banner Health, an Arizona Corporation; Banner Health Network, an Arizona Corporation; Banner Health Holding Company, L.L.C., a Delaware Limited Liability Company,<br><br>   Defendants. | No. CV13-00770-PHX DGC<br><br>**ORDER RE STIPULATED MOTION TO DISMISS WITH PREJUDICE** |

The Court, having considered the parties' Stipulated Motion to Dismiss with Prejudice (Doc. 38), and good cause appearing;

IT IS ORDERED that the parties' Stipulated Motion to Dismiss with Prejudice (Doc. 38) is **granted**, each side to bear its own fees and costs.

Dated this 19th day of December, 2013.

_____
David G. Campbell
United States District Judge

8286051